1
2
3
4   FILED
    CLERK, U.S.D.C. SOUTHERN DIVISION
5   SEP 1 5 2010
6   CENTRAL DISTRICT OF CALIFORNIA
    BY
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,       )   Case No.: SA10-364 M
12                    Plaintiff,    )
                                    )   ORDER OF DETENTION AFTER
13              vs.                 )   HEARING
                                    )   [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
14  Fonseca, Michael Richard )      §3143(a)]
                                    )
15                    Defendant.    )
16
17       The defendant having been arrested in this District pursuant to a warrant issued
18  by the United States District Court for the _District of New Mexico_,
19  for alleged violation(s) of the terms and conditions of his/her [probation] [supervised
20  release]; and
21       The Court having conducted a detention hearing pursuant to Federal Rule of
22  Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23       The Court finds that:
24  A.   ☒ The defendant has not met his/her burden of establishing by clear and
25       convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §
26       3142(b) or (c). This finding is based on _Backgrd, cmty ties_
27       _unverified; bail resources unknown; substance_
28       _abuse problem; conduct in not complying with_
    _conditions_

and/or

B.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _criminal history record, including prior conv's for narcotics offenses and prior probation/parole violations_

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 9/15/10

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE